UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EVERETTE CADDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:22-CV-347-PTG-JFA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S TRIAL EXHIBIT LIST

Pursuant to this Court's June 17, 2022 Order, Defendant, through its undersigned counsel, hereby respectfully submits its list of potential exhibits for the trial of the above-captioned matter. Defendant reserves the right to elect not to seek the introduction of any of these exhibits at trial, and to re-arrange the numbering sequence prior to trial. Pursuant to this Court's Order, this list does not include exhibits that Defendant might seek to introduce as impeachment and/or rebuttal evidence. Moreover, Defendant reserves the right to use demonstrative exhibits during the testimony of certain of its witnesses in order to assist the trier-of-fact.

Defendant also reserves the right to use any exhibits listed on Plaintiff's Exhibit List.

**EXHIBITS**

| Exhibit No. | Bates Numbers | General Description |
|---|---|---|
| 1 | GPW 14–15 | Patient Summary |
| 2 | GPW 17–18 | 10/27/2020 Dr. Amparo Pinzon-Avellaneda Dental Note |
| 3 | GPW 20–21, 128–29 | 10/26/2020 Dr. Amparo Pinzon-Avellaneda Dental Note |
| 4 | GPW 26–27 | 9/9/2020 Dr. Amparo Pinzon-Avellaneda Dental Note |
| 5 | GPW 130 – 31 | 8/27/2020 Dr. Amparo Pinzon-Avellaneda Referral |

| Exhibit No. | Bates Numbers | General Description |
|---|---|---|
| 6 | GPW 132 | 8/27/2020 Dr. Amparo Pinzon-Avellaneda Referral |
| 7 | GPW 29–30 | 8/27/2020 Dr. Amparo Pinzon-Avellaneda Dental Note |
| 8 | GPW 35–36 | 1/16/2020 Dr. Porscha Kinlaw Dental Note |
| 9 | GPW 37 | 1/15/2020 Telephone Encounter |
| 10 | GPW 41–42 | 12/19/2019 Dr. James Houseworth Dental Note |
| 11 | GPW 44–45, 138–39 | 12/2/2019 Dr. Ian Lam Dental Note |
| 12 | GPW 135–36 | 12/2/2019 Dr. Ian Lam Referral |
| 13 | GPW 137 | 12/2/2019 Dr. Ian Lam Referral |
| 14 | GPW 46–47 | 11/14/2019 Dr. James Houseworth Dental Note |
| 15 | GPW 60–61 | 10/28/19 Dr. Sneha Patel Dental Note |
| 16 | GPW 140–141 | 10/28/19 Dr. Sneha Patel Referral |
|  | GPW 142 | 10/28/19 Dr. Sneha Patel Referral |
| 17 | GPW 64–65 | 10/17/2019 Dr. James Houseworth Dental Note |
| 18 | GPW 66–67 | 10/17/2019 Dr. Porscha Kinlaw Dental Note |
| 19 | GPW 68 | 10/8/2019 Telephone Encounter |
| 20 | GPW 69–70 | 10/3/2019 Dr. Sneha Patel Dental Note |
| 21 | GPW 72–73, 148–49 | 8/22/2019 Dr. Gustavo Arocha Dental Note |
| 22 | GPS 145–46 | 8/22/2019 Dr. Gustavo Arocha Referral |
| 22 | GPW 147 | 8/22/2019 Dr. Gustavo Arocha Referral |
| 23 | GPW 74–75 | 7/11/2019 Dr. Eliana Anderson Dental Note |
| 24 | GPW 76 | 6/6/2019 Telephone Encounter |
| 25 | GPW 77 | 5/30/2019 Telephone Encounter |
| 26 | GPW 304 | 5/24/2019 Referral Letter |
| 27 | GPW 307 | 5/9/2019 Referral Letter |
| 28 | GPW 78–79 | 4/18/2019 Dr. Sneha Patel Dental Note |
| 29 | GPW 81–82, 153–54 | 4/1/2019 Dr. Eliana Anderson Dental Note |
| 30 | GPW 150–51 | 4/1/2019 Dr. Eliana Anderson Referral |
| 31 | GPW 152 | 4/1/2019 Dr. Eliana Anderson Referral |
| 32 | GPW 83–84 | 3/25/2019 Dr. Eliana Anderson Dental Note |
| 33 | GPW 85–86 | 3/25/2019 Dr. Eliana Anderson Dental Note |
| 34 | GPW 88–89 | 2/11/2019 Dr. Eliana Anderson Dental Note |
| 35 | GPW 90–91, 158–59 | 2/4/2019 Dr. Eliana Anderson Dental Note |
| 36 | GPW 155–56 | 2/4/2019 Dr. Eliana Anderson Referral |
| 37 | GPW 157 | 2/4/2019 Dr. Eliana Anderson Referral |
|  | GPW 93–94 | 12/31/2018 Dr. Eliana Cordova Dental Note |
| 38 | GPW 97–98 | 12/3/2018 Dr. Eliana Cordova Dental Note |
| 39 | GPW 99–100 | 11/9/2018 Dr. Eliana Cordova Dental Note |
| 40 | GPW 101–102 | 11/2/2018 Dr. Sneha Patel Dental Note |
| 41 | GPW 103–104 | 10/29/2018 Dr. Eliana Cordova Dental Note |

| Exhibit No. | Bates Numbers | General Description |
|---|---|---|
| 42 | GPW 105–106 | 10/22/2018 Dr. Eliana Cordova Dental Note |
| 43 | GPW 109–110 | 10/8/2018 Dr. Eliana Cordova Dental Note |
| 44 | GPW 115–116 | 8/6/2018 Dr. Eliana Cordova Dental Note |
| 45 | GPW 119–120 | 7/2/2018 Dr. Eliana Cordova Dental Note |
| 46 | GPW 121–22 | 6/18/2018 Dr. Eliana Cordova Dental Note |
| 47 | GPW 238 | 12/19/2019 Routing Slip |
| 48 | GPW 246 | 11/14/2019 Root Canal Therapy Consent Form |
| 49 | GPW 250 | 11/14/2019 Routing Slip |
| 50 | GPW 528–46 | GPW X-rays |
| 51 | WOOFREC 2–15 | Stephen Woof Medical Records |
| 52 | VCUDENTREC 1–15 | Virginia Commonwealth University Dental Records |
| 53 | SNVMCRE 1 – 94 | 8/14/2020 Sentara Medical Center Records |
| 54 | SNVMCRE 95–176 | 9/28/2020 Sentara Medical Center Records |
| 55 | SNVMCRE 177–437 | 2/4/2021 Sentara Medical Center Records |
| 56 | SNVMCRE 438–442 | 2/5/2021 Sentara Medical Center Records |
| 57 | SNVMCRE 443–597 | 3/4/2021 Sentara Medical Center Records |
| 58 | PESOLYREC 1–33 | Mary Washington Hospital Records |
| 59 | SAHNIREC 1–7 | Dr. Sahni Singh Records |
| 60 | BETTEREC 1–23 | Dr. Chetan Bettegowda/Johns Hopkins Records |
| 61 | VCUMEDCNTR 1–47, 81–83 | 6/9/2021 Virginia Commonwealth University Health Records |
| 62 | VCUMEDCNTR 48–56 | 7/29–30/2021 Virginia Commonwealth University Health Records |
| 63 | VCUMEDCNTR 57–63 | 8/26/2021 Virginia Commonwealth University Health Records |
| 64 | VCUMEDCNTR 64–70 | 9/16/2021 Virginia Commonwealth University Health Records |
| 65 | VCUMEDCNTR 84–88 | 10/20/2021 Virginia Commonwealth University Health Records |
| 66 | VCUMEDCNTR 71–74 | 12/2/2021 Virginia Commonwealth University Health Records |
| 67 | VCUMEDCNTR 75–79 | 3/3/2022 Virginia Commonwealth University Health Records |
| 68 | VCUMEDCNTR 89–91 | 4/12/2022 Virginia Commonwealth University Health Records |
| 69 | MINREC 1–3 | Dr. Kyung Cheon Min Dental Notes |
| 70 | WATSONREC 1–18, 24–26, 28–30, 33–71 | 12/9/2021 Virginia Oral & Facial Surgery Records |
| 71 | WATSONREC 19–20 | 1/12/2022 Virginia Oral & Facial Surgery Records |

| Exhibit No. | Bates Numbers | General Description |
|---|---|---|
| 72 | WATSONREC 21–23 | 2/8/2022 Virginia Oral & Facial Surgery Records |
| 73 | WATSONREC 27 | 3/7/2022 Virginia Oral & Facial Surgery Records |
| 74 | DUCIEREC 1–8 | 12/9/2021 Dr. Ivica Ducic Dental Records |
| 75 | DUCIEREC 9–24 | Everette Cadden Registration |
| 76 | DUCIEREC 26–62 | 2/8/2022 Dr. Ivica Ducic Additional Records |
| 77 | SHINWAREC 1–45 | Dr. Hasnain Shinwari Dental Records |
| 78 | FFX ENDO 1–33 | Dr. Salar Sanjari Dental Records |
| 79 | N/A | Exhibits Created During Dr. Sanjari's Deposition on 10/28/2022 (Additional Dental Records) |
| 80 | N/A | Blank Medical History Produced by Dr. Sanjari on November 7, 2022 |
| 81 | N/A | Blank Pain History Produced by Dr. Sanjari on November 7, 2022 |
| 82 | N/A | 8/10/2022 Plaintiff's Interrogatory Responses |
| 83 | N/A | Plaintiff's Deposition Transcript |
| 84 | N/A | Plaintiff's SF 95 (Administrative Claim) |

Date: November 15, 2022           Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
HUGHAM CHAN
MEGHAN LOFTUS
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel.: (703) 299-3743/3757
Fax: (703) 299-3983
Email: hugham.chan@usdoj.gov
            meghan.loftus@usdoj.gov

*Counsel for Defendant*