IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

EVERETTE CADDEN,

    *Plaintiff,*

v.                                          Civil Action No.: 1:22-CV-00347

UNITED STATES OF AMERICA,

    *Defendant.*

**PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES
AND PRETRIAL LIST OF WITNESSES AND EXHIBITS**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Court's Scheduling Order, Plaintiff Everette Cadden, by counsel, hereby submits his Pretrial Disclosures and Pretrial List of Witnesses and Exhibits:

I.    <u>Witnesses</u>

    A.    Plaintiff sets forth the following witnesses who he expects to call to testify at the trial of this matter:

        1.    Everette Cadden
                14061 Big Crest Lane, #403
                Woodbridge, VA 22191

        2.    Sabrina Green
                2263 York Drive, Apt 113
                Woodbridge, VA 22191

        3.    Michael Todd, DO
                Virginia Commonwealth University Health Systems
                Richmond, VA

        4.    Dean M. DeLuke, DDS
                Virginia Commonwealth University Health Systems
                Richmond, VA

5. Ann M. Sagalyn, DMD
   Avon Village Family Dentistry
   32 East Main Street
   Avon, CT  06001
   *Dr. Sagalyn will testify through deposition testimony.*

6. Garry Myers, DDS
   Virginia Commonwealth University Health Systems
   Richmond, VA

7. Salar Sanjari, DDS
   Fairfax Endodontics
   Fairfax, VA

8. James Houseworth, DDS
   Prince William Community Health Center
   Manassas, VA

9. Ian Lam, DDS
   Prince William Community Health Center
   Manassas, VA

10. Porscha Kinlaw, DDS
    Prince William Community Health Center
    Manassas, VA

11. Amparo Pinzon-Avellandeda, DDS
    Prince William Community Health Center
    Manassas, VA

B. Plaintiff further states that he may call the following additional witnesses to testify at the trial of this matter if the need arises:

1. Sharita Minor
   7612 Curtis Lane
   Spotsylvania, VA  22551

2. Laurissa Venable
   7807 Shadowood Court, Apt. A
   Henrico, VA 23228

3. Cynthia David
   32 Smithfield Way
   Fredericksburg, VA  22406

    4.      Plaintiff's prior and current medical providers, who are identified in Plaintiff's medical records, including but not limited to:

Stephen Woof, PA-C
Multispecialty Health Group
330411SMS Spotsylvania Multi Spe
4604 Sotsylvania Parkway, Suite 200
Fredericksburg, VA  22408-7763

VCU School of Dentistry
520 North 12th Street
Box 980566
Richmond, VA  23298

Sentara Northern Virginia Medical Center
2300 Opitz Blvd
Woodbridge, VA  22191-3311

Dale Pesolyar, M.D.
Mary Washington Hospital
1201B Sam Perry Blvd, Suite 210
Fredericksburg, VA  22401

Singh Sahni, M.D.
Neurosurgical Associates, PC
1651 N Parham Road
Richmond, VA  23229

Chetan Bettegowda, M.D
Johns Hopkins Medicine
1800 Orleans Street
Baltimore, MD  21287-0010

VCU Medical Center
Andrew W. Chapman, M.D.
Pain Management
Tammy Redman
1250 E Marshall Street
Richmond, VA  23298-0510

Kyung Cheon Min, DDS
Impact Dental Care
315 Garrisonville Road, Unit 105B
Stafford, VA 22554

>Damon Omar Watson, D.D.S., MD
>Virginia Oral & Facial Surgery
>6031 Harbour Park Drive
>Midlothian, VA  23112
>
>Ivica Ducic, M.D.
>Washington Nerve Institute
>7601 Lewinsville Road, Suite 460
>McLean, VA  22102-2834

5. Any records custodians offered to authenticate documents offered into evidence.

6. Any witness identified by Defendant.

7. Any witness offered to rebut evidence offered by Defendant.

8. Any witness offered to impeach a witness called by Defendant.

II. Exhibits.

A. Plaintiff sets forth the following exhibits that he expects to offer at the trial of this matter:

1. Plaintiff's Medical Specials Index with Medical Bills

2. Plaintiff's Medical Records

- Prince William Community Health Center
  DOS:  6/18/18-10/26/2020

- Stephen Woof, PA-C
  Multispecialty Health Group
  DOS:  3/12/2020, 10/6/2020, 6/30/2021

- VCU School of Dentistry
  DOS:  6/22/2020, 7/7/2020, 7/9/2020, 9/2/2020, 9/30/2020, 11/4/2020

- Sentara Northern Virginia Medical Center
  DOS:  8/14/2020, 9/28/2020, 2/4/2021, 3/4/2021

4

- Dale Pcsolyar, M.D. (Neurology)
  Mary Washington Hospital
  DOS:  11/23/2020

- Singh Sahni, M.D.
  Neurosurgical Associates, PC
  DOS:  4/1/2021

- Chetan Bettegowda, M.D.
  DOS:  5/7/2021

- VCU Medical Center
  Andrew W. Chapman, M.D. (Neurosurgery/Neurology)
  DOS:  6/9/2021, 7/29/2021, 7/30/2021, 8/26/2021, 9/16/2021, 12/2/2021, 3/3/2022

- VCU Medical Center
  Pain Management
  DOS:  6/9/202, 10/20/2021

- VCU Medical Center
  Tammy Redman (Psychiatry)
  DOS: 4/12/2022

- Kyung Cheon Min, DDS
  Impact Dental Care
  DOS:  10/12/2021

- Damon Omar Watson, D.D.S., MD
  Virginia Oral & Facial Surgery
  DOS:12/9/2021

- Ivica Ducic, M.D.
  Washington Nerve Institute
  DOS:  12/29/2021

- Hasnain Shinwari, D.D.S.
  Oral & Facial Surgery Center of Virginia
  DOS:  11/19/2019-11/23/2020

- CVS Pharmacy Records

3. Plaintiff's Form 95 Submission

4. Radiological Films
   - Prince William Community Health Center
     46 Images (X98682_1 – X98682_46)

- Medical Imaging Lee's Hill
  3 Diagnostic Studies

- Sentara Healthcare
  7 Images (DOS: 11/15/20, 02/04/21, 02/05/21)

- Sentara Northern Virginia Medical Center
  7 Images (DOS: 11/15/20, 02/04/21, 02/05/21)

- VCU Dental Care
  5 Studies (DOS: 06/22/20, 07/07/20, 07/09/20, 09/02/20, 09/30/20)

5. Exemplar ProGlider WaveOne instrument

6. Excerpts of Defendant's Answers and Responses to Plaintiff's Interrogatories

B. Plaintiff sets forth the following exhibits that he may introduce at the trial of this matter if the need arises:

1. Any exhibit produced after the date of this document.

2. Any exhibit identified or offered by Defendant.

3. Any exhibit offered to rebut evidence offered by Defendant.

4. Any exhibit offered to impeach a witness called by Defendant.

        Respectfully submitted,

        EVERETTE CADDEN

        By: _/s/ Malcolm P. McConnell, III_
                Of Counsel

Malcolm P. McConnell, III
(VSB No. 27874)
ALLEN ALLEN ALLEN & ALLEN
1809 Staples Mill Rd.
Richmond, Virginia 23230
Phone/Fax: (804) 257-7562
Email:  Malcolm.McConnell@AllenandAllen.com

William J. Ronalter (*admitted pro hac vice*)
(CTSB No. 404717)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5126
Fax: (860) 251-5216
Email: WRonalter@goodwin.com
*Counsel for Plaintiff*